1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9   UNITED STATES OF AMERICA.,

10
11                        Petitioner,

12   v.

13   DANIEL HARRALSON,

14
15                        Respondent.

16

)   1:08cv01872 AWI DLB
)
)
)   ORDER ADOPTING FINDINGS AND
)   RECOMMENDATION REGARDING TAX
)   SUMMONS ENFORCEMENT
)
)   (Document 7)
)
)
)
)
)
)
)

17       Petitioner United States of America filed the instant action to enforce an IRS summons on

18   September 25, 2008.  On December 11, 2008, the Magistrate Judge issued Findings and

19   Recommendation that the IRS summons issued to Respondent Daniel Harralson be ENFORCED.

20   This Findings and Recommendation was served on all parties and contained notice that any

21   objections were to be filed within twenty (20) days of the date of service of the order.  No

22   objections were filed.

23       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a

24   de novo review of the case.  Having carefully reviewed the entire file, the Court concludes that

25   the Magistrate Judge's Findings and Recommendation is supported by the record and proper

26   analysis.

27
28

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendation issued December 11, 2008, is ADOPTED IN
        FULL;

2.      The Petition to Enforce an IRS Summons is GRANTED;

3.      Respondent is ORDERED to appear at such time and place as may be fixed by
        Revenue Officer Garcia or any other proper Officer or employee of the IRS, and
        to produce for examining and copying the books, checks, records, papers and
        other data demanded by the summons.


IT IS SO ORDERED.

**Dated:   January 12, 2009**                    **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE