# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Petitioner, <br><br> v. <br><br> DANIEL L. HARRALSON, <br><br> Respondent, | Civil No. 1:08-CV-1872-AWI-DLB <br><br> ORDER TO SHOW CAUSE RE: ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS |

Upon the motion of the United States of America and the Declaration of Revenue Officer Lorena Ramos, including the exhibits attached thereto, it is hereby

**ORDERED** that the Respondent, Daniel Harralson, shall appear before United States District Judge Anthony W. Ishii, in Courtroom 2 in the United States District Courthouse in Fresno, California on the 1st day of June, 2009, at 1:30 p.m., to show cause why he should not be held in contempt of this Court's January 13, 2009 Order.

It is further **ORDERED** that:

1. A copy of this Order, together with the petition, memorandum of points and authorities, the Declaration of Aaron Bailey and its exhibits, and the Declaration of Revenue Officer Lorena Ramos and its exhibits, shall be served upon the respondent in accordance with FED. R. CIV. P. 5.

2. If respondent Daniel Harralson has any defense to present or opposition to the United States' motion, such defense or opposition shall be made in writing and filed with the Clerk and copies served on counsel for the United States in Washington D.C., at least fourteen (14) days prior to the date set for the show cause hearing. The United States may file a reply memorandum to any opposition at least five (5) court days prior to the date set for the show cause hearing.

3. At the show cause hearing, the Court will consider all issues raised by respondent Daniel Harralson. Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered. Any uncontested allegation in the United States' motion and supporting documents will be considered admitted.

**ORDER**

IT IS SO ORDERED.

Dated:   **April 14, 2009**              /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE