**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL L. HARRALSON, ) <br> ) <br> Respondent. ) <br> _____ ) | NO. 1:08-CV-01872-AWI-DLB <br><br> ORDER VACATING HEARING DATE AND CLOSING CASE <br><br> [Document *# 23*] |

On May 20, 2009, the United States of America moved to withdraw its Motion for Contempt set for hearing on June 1, 2009, as Respondent Daniel L. Harralson, by his submission of a sworn statement denying the existence of certain documents and by providing other documents attached to his Declaration in Opposition to Notice of Motion and request for entry of Order to Show Cause and For Contempt submitted on May 15, 2009, has now complied with the IRS administrative summonses at issue in this matter. Therefore, the hearing date previously set for June 1, 2009, is VACATED, as the matter is now moot.

The Clerk of the Court is ORDERED to close this action.

IT IS SO ORDERED.

Dated:   **May 22, 2009**                **/s/ Anthony W. Ishii**
                                                    CHIEF UNITED STATES DISTRICT JUDGE